STEPHANIE M. HINDS (CABN 154284)
Acting United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

LINA PENG (NYBN 5150032)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7224
    FAX: (415) 436-7027
    Lina.Peng@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br>     Plaintiff, <br>   v. <br> LEVONTA FARLEY, <br>     Defendant. | CASE NO.: 21 MJ 70027 MAG <br><br> [PROPOSED] ORDER DETAINING DEFENDANT PRIOR TO TRIAL |

    On January 31, 2021, a Complaint was filed in the Northern District of California charging the defendant, Levonta Farley, with one count of violating Title 18, United States Code, Section 922(g)(1) – Felon in Possession of Firearm. Defendant made his initial appearance in the Northern District of California on March 1, 2021. The government filed a motion for detention, and the defendant filed a memorandum in opposition and a further response. The Court held a detention hearing on April 2, 2021.

    At the detention hearing, the defendant was present and represented by his attorney, Randy Sue Pollock. A United States Pretrial Services Agency Officer was also present at the hearing. Pretrial Services submitted a report and a supplemental report, and recommended detention on the basis of danger to the community. The government moved for detention, and the defendant opposed. The parties submitted proffers and arguments.

[PROPOSED] ORDER DETAINING DEFENDANT PRIOR TO TRIAL
21 MJ 70027 MAG

Upon consideration of the court file and the parties' proffers at the detention hearing, the Court finds by clear and convincing evidence that no condition or combination of conditions will reasonably assure the safety of the community and by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required. Accordingly, the Court orders the defendant detained pending trial.

This Order supplements the Court's findings at the detention hearing and serves as written findings of fact and statement of reasons as required by Title 18, United States Code, Section 3142(i).

The Bail Reform Act of 1984 sets forth the factors the Court must consider in determining whether pretrial detention is warranted.  In coming to its decision, the Court has considered those factors, paraphrased below:

    (1)  the nature and seriousness of the offense charged;

    (2)  the weight of the evidence against the person;

    (3)  the history and characteristics of the person including, among other considerations, ties to the community, employment, past conduct and criminal history, and record of court appearances; and,

    (4)  the nature and seriousness of the danger to any person or the community that would be posed by the person's release.

See 18 U.S.C. § 3142(g).

After considering all of the facts and proffers presented at the hearing, including the information contained in the Pretrial Services report, the Court finds, by clear and convincing evidence, that no condition or combination of conditions will reasonably assure the safety of the community, and by a preponderance of the evidence that no condition or combination of conditions will reasonably assure the appearance of the defendant as required, including because of: (1) the nature and circumstances of the offense charged, including that the defendant drove erratically and fled from the scene of a vehicle accident with a loaded firearm in the vehicle; (2) the defendant's history and characteristics, including that the defendant's extensive criminal record and evidence of attempts to evade law enforcement through flight and false identifications; and (3) the defendant's history of non-compliance with court orders, including reoffending while on court supervision for prior offenses.

[PROPOSED] ORDER DETAINING DEFENDANT PRIOR TO TRIAL
21 MJ 70027 MAG

Accordingly, pursuant to 18 U.S.C. § 3142, IT IS HEREBY ORDERED THAT:

(1) Defendant is committed to the custody of the Attorney General for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

(2) Defendant be afforded reasonable opportunity for private consultation with his counsel; and,

(3) on order of a court of the United States or on request of an attorney for the government, the person in charge of the corrections facility in which Defendant is confined shall deliver Defendant to an authorized Deputy United States Marshal for the purpose of any appearance in connection with a court proceeding.

This Order is without prejudice to reconsideration at a later date if circumstances change.

IT IS SO ORDERED.

April 5, 2021

*Jacqueline Scott Corley*
HON. JACQUELINE S. CORLEY
United States Magistrate Judge

[PROPOSED] ORDER DETAINING DEFENDANT PRIOR TO TRIAL
21 MJ 70027 MAG